JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DE LA CRUZ,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　Respondent. | Case No. CV 16-1190-KES<br><br><br>**J U D G M E N T** |

　　In accordance with the Memorandum Opinion and Order Summarily Dismissing Petition filed herewith,

　　IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

Dated: April 06, 2016

_/s/ Karen E. Scott_
Hon. Karen E. Scott
United States Magistrate Judge